1  PATRICK H. HICKS, ESQ., Bar # 4632
   SANDRA KETNER, ESQ., Bar # 8527
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:       702.862.8811
5  phicks@littler.com
   sketner@littler.com
6
   Attorneys for Defendant
7  CAESARS ENTERPRISE SERVICES, LLC

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11  DAVID LOFTIS, an individual,

12              Plaintiff,                    Case No. 2:16-cv-02415

13  vs.                                       **NOTICE TO FEDERAL COURT OF
                                              REMOVAL OF CIVIL ACTION FROM
14  CAESARS ENTERPRISE SERVICES,              STATE COURT**
    LLC a/k/a and d/b/a CAESARS
15  ENTERPRISE SERVICE, LLC, a Limited
    Liability Company;
16  EMPLOYEE(S)/AGENT(S) DOES I-X;
    and ROE CORPORATIONS XI-XX,
17  inclusive,

18              Defendant.

19

20  **TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

21         NOTICE IS HEREBY GIVEN that Defendant Caesars Enterprise Services, LLC

22  ("Defendant") hereby removes the above-entitled action from the Eighth Judicial District Court in

23  and for the County of Clark, State of Nevada, to the United States District Court for the District of

24  Nevada pursuant to 28 U.S.C. §§ 1331, 1441(a) and (c), and 1446.  This removal is based upon

25  federal question jurisdiction and is timely.

26         In support of this Notice of Removal, Defendant states to the Court as follows:

27         1.      On September 8, 2016, an action was commenced in the Eighth Judicial District

28  Court in and for the County of Clark, State of Nevada, entitled *David Loftis v. Caesars Enterprise*

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1  *Services, LLC, et al.,* Case Number A-16-743149-C.   A true and correct copy of Plaintiff's

2  Complaint is attached hereto as **Exhibit A.**

3      2.    On September 9, 2016, Plaintiff filed a Jury Demand, a true and correct copy of

4  which is attached as **Exhibit B**.

5      3.    On September 9, 2016, Plaintiff filed an Amended Complaint, a true and correct copy

6  of which is attached as **Exhibit C**.

7      4.    On October 7, 2016, Plaintiff filed a Notice of Affidavit of Service, a true and correct

8  copy of which is attached as **Exhibit D**.

9      5.    The first date upon which Defendant received a copy of Plaintiff's Complaint was

10  September 27, 2016, when a copy of the Amended Complaint was served upon the registered agent

11  for Defendant.  A true and correct copy of Service of Process is attached as **Exhibit E.**  As such,

12  removal is timely as it is being effectuated within thirty (30) days after Defendant's registered agent

13  received a copy of the initial pleading and summons.  28 U.S.C. § 1446(b).

14      6.    Plaintiff's Complaint alleges a claim and facts that necessarily attempt to state a claim

15  for relief based upon federal law.  Specifically, Plaintiff's first and fifth causes of action allege

16  violations of the Americans with Disabilities Act, 42 U.S.C. §12101, *et seq.*  <u>See</u>, Amended

17  Complaint at ¶¶2, 12, 14, 32-33, 52-65, 105-119.  Additionally, Plaintiff's fourth cause of action

18  alleges a violation of the Fair Labor Standards Act, 29 U.S.C. §201, *et. seq.*  <u>See</u>, Amended

19  Complaint at ¶¶2-3, 14-16, 87-104.

20      7.    Accordingly, this action is a civil action for which this Court has original jurisdiction

21  under 28 U.S.C. § 1331, which provides that United States "district courts shall have original

22  jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

23  Because Plaintiff is asserting a claim arising under federal law, this action may be removed to this

24  court pursuant to the provisions of 28 U.S.C. § 1441(a).  Additionally, this Court has supplemental

25  jurisdiction over Plaintiff's claims asserted under state law pursuant to 28 U.S.C. §§ 1367(a) and

26  1441(c).

27      8.    Venue is proper in this Court as this is the court for the district and division

28  embracing the place where the action is pending in state court, in accordance with 28 U.S.C. §§ 108

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1    and 1441(a).

2          9.      Pursuant to 28 U.S.C. § 1446(d), Defendant will provide Plaintiff with notice of the

3    filing of this Notice of Removal, and will file a copy of this Notice of Removal with the Clerk of the

4    Eighth Judicial District Court of the State of Nevada.

5          WHEREFORE, Defendant prays that the above-referenced action now pending against it in

6    the Eighth Judicial District Court in and for the County of Clark, State of Nevada, be removed

7    therefrom to this Court.

8    Dated:  October 17, 2014

9

10                                                        /s/
                                              _____
11                                            Patrick H. Hicks
                                              Sandra Ketner
12                                            LITTLER MENDELSON, P.C.

13                                            Attorneys for Defendant
                                              CAESARS ENTERPRISE SERVICES, LLC

14   Firmwide:143325227.1 083558.1220

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

3.