# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LOFTIS, <br><br> Plaintiff, <br><br> vs. <br><br> CAESARS ENTERPRISE SERVICE, LLC, et al., <br><br> Defendants. | Case No. 2:16-cv-02415-APG-NJK <br><br> ORDER |

Pending before the Court is the parties' notice of settlement. Docket No. 9. The parties have agreed to a resolution of this matter, are currently in the process of finalizing settlement documents, and anticipate filing a stipulation of dismissal within 45 days. *Id.* Accordingly, the Court **ORDERS** the parties to file a stipulation of dismissal, no later than December 15, 2016.

IT IS SO ORDERED.

Dated: November 1, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge