PATRICK H. HICKS, ESQ., Bar # 4632
SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:         702.862.8811
Email: phicks@littler.com
Email: sketner@littler.com

Attorneys for Defendant
CAESARS ENTERPRISE SERVICES, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LOFTIS, an individual,<br><br>           Plaintiff,<br><br>vs.<br><br>CAESARS ENTERPRISE SERVICES, LLC, a/k/a and d/b/a CAESARS ENTERPRISE SERVICE, LLC, a Limited Liability company; EMPLOYEE(S)/AGENT(S) DOES I-X; AND ROE CORPORATIONS XI-XX, inclusive,<br><br>           Defendant. | Case No. 2:16-cv-02415-APG-NJK<br><br>**STIPULATION FOR DISMISSAL, WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///

///

///

///

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1  Each party will bear its own costs and attorneys' fees.  All appearing parties have signed this
2  Stipulation, and there are no remaining claims or parties.  No trial date has been set in this case.

3  Dated: November 18, 2016                                    Dated: November 18, 2016

5  /s/ Christian Gabroy, Esq.                                        /s/ Patrick H. Hicks, Esq.
6  CHRISTIAN GABROY, ESQ.                                PATRICK H. HICKS, ESQ.
   GABROY LAW OFFICES                                          SANDRA KETNER, ESQ.
                                                                                  LITTLER MENDELSON, P.C.
7  Attorneys for Plaintiff
   DAVID LOFTIS                                                          Attorneys for Defendant
8                                                                                CAESARS ENTERPRISE SERVICES, LLC

11                                                    **ORDER**

12  IT IS SO ORDERED:

14  _____
    UNITED STATES DISTRICT JUDGE

15  DATED: __November 18, 2016_____

17  Firmwide:143716351.1 083558.1220

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.